# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

**No. 201800067**

———————————

## UNITED STATES OF AMERICA
Appellee

v.

## KAMERON K. JACKSON
Private First Class (E-2), U.S. Marine Corps
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Emily A. Jackson-Hall, USMC.
Convening Authority: Commanding General, 2d Marine Aircraft Wing, Cherry Point, North Carolina.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Edward J. Danielson, USMC.
For Appellant: Captain Matthew A. Blackwood, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 21 June 2018

———————————

Before MARKS, WOODARD, and RUSSELL, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court